Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM, | Case No: 2:17-CV-04562-DKD |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| BRE SELECT HOTELS AZ, LLC, | |
| Defendant. | |

Please take notice that Plaintiff voluntarily dismisses this cause with prejudice.

RESPECTFULLY SUBMITTED this 22nd day of March, 2018.

**STROJNIK P.C.**

_____
Peter Strojnik (6464)
2375 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Attorneys for Plaintiff